UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

     v.

Case No. 12-cr-62-01-SM

Martin Philip Vachon,
     Defendant

## O R D E R

Defendant Vachon's motion to continue the final pretrial conference and trial for 60 days is granted (document no. 9). Trial has been rescheduled for the month of October 2012. Defendant Vachon shall file a waiver of speedy trial rights not later than August 6, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 5, 2012 at 2:00 p.m.

```
Jury selection will take place on October 16, 2012 at
9:30 a.m.

     SO ORDERED.
```

_____
Steven J. McAuliffe
U.S. District Judge

July 26, 2012

cc: Behzad Mirhashem, Esq.
 William Morse, AUSA
 U.S. Marshal
 U.S. Probation